IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK,
NATIONAL TRUST COMPANY,

     Plaintiff,                               No. CIV S-11-2839 JAM DAD PS

    vs.

FRANK ANTHONY AGUIRRE, JR.;     ORDER
CINDY LYNN AGUIRRE,

     Defendants.
                                /

          Defendants are proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

          On November 7, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

          The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed November 7, 2011 (Doc. No. 3) are adopted in full;

4     2. This action is summarily remanded to the Superior Court of California, County of Placer; and

6     3. The Clerk is directed to close this case.

7 DATED: December 15, 2011

8                              /s/ John A. Mendez

9                              U. S. DISTRICT COURT JUDGE